. PROB 12C
(6/16)

Report Date: August 27, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Victor Manuel Angulo | Case Number: 0980 4:14CR06014-EFS-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: July 7, 2015 | |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922 (g)(1) | |
| Original Sentence: Prison - 92 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ian L. Garriques | Date Supervision Commenced: October 21, 2020 |
| Defense Attorney: Robin C. Emmans | Date Supervision Expires: October 20, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| | On October 21, 2020, Mr. Angulo began his term of supervised release. On October 22, 2020, all the conditions of supervision were reviewed with Mr. Angulo, which included special condition number 14, as noted below. Mr. Angulo was referred to Merit Resource Services (Merit) for a substance abuse evaluation and to participate in the color line program for random urinalysis testing. Mr. Angulo was instructed to call the color line daily, Monday through Friday, and to report for drug testing when his assigned color, Gold, was called for the day. |
| 1 | **Special Condition # 14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Victor Manuel Angulo is considered to be in violation of his term of supervised release by using a controlled substance, methamphetamine, on or about August 23, 2021. |
| | On August 25, 2021, Merit reported Mr. Angulo failed to report for random drug testing when his assigned color was called on August 24, 2021. Mr. Angulo contacted the |

Prob12C
**Re: Angulo, Victor Manuel**
**August 27, 2021**
**Page 1**

undersigned officer on August 25, 2021, and reported he failed to report for drug testing the day before because he worked late. He asked if he could report to Merit on this date for drug testing. The undersigned officer allowed Mr. Angulo to report to Merit on August 25, 2021, for drug testing.

Later that same day, the undersigned officer received a phone call from Merit reporting Mr. Angulo had completed a drug test and the onsite test result was positive for methamphetamine. Merit staff reported Mr. Angulo denied using methamphetamine and he refused to sign the laboratory forms. This drug test was sent to the laboratory for confirmation. The laboratory confirmation result report is pending.

Mr. Angulo contacted the undersigned officer after he completed the drug test and reported he did not know what was going on (referring to the positive onsite drug test result), and denied any drug use when asked. Mr. Angulo stated, "My girlfriend and I took a drug test before going in and the line was faint." The undersigned officer questioned Mr. Angulo about why he was taking drug tests before reporting for drug testing, which he then denied doing. Mr. Angulo reported the positive result may be due to medication. Mr. Angulo later admitted to using methamphetamine on or about August 23, 2021, because he was stressed about being on supervision, working long hours, and attending online classes.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 27, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

September 2, 2021

Date