PROB 12C
(6/16)

Report Date: April 13, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victor Manuel Angulo           Case Number: 0980 4:14CR06014-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 7, 2015

Original Offense:        Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922

Original Sentence:       Prison - 92 months;           Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison- 1 day
                         TSR- 22 months

Asst. U.S. Attorney:     Matthew Alan Stone          Date Supervision Commenced: December 14, 2021

Defense Attorney:        Nick Mirr                   Date Supervision Expires: October 13, 2023

---

### PETITIONING THE COURT

To issue a **warrant**.

On October 21, 2020, Mr. Angulo released from the Bureau of Prisons and commenced his term of supervised release. On October 22, 2020, per COVID-19 procedures, all the conditions of supervision were reviewed with Mr. Angulo, which he verbally acknowledged an understanding of his requirements. On October 28, 2020, Mr. Angulo reported to the probation office and signed a copy of his conditions of supervised release, and was provided a copy. On March 28, 2022, all the conditions of supervised release were again reviewed with Mr. Angulo, which he signed a copy acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by not residing at his approved residence and changing his living situation without informing the probation officer on or before March 23, 2022. |

Prob12C
Re: Angulo, Victor Manuel
April 13, 2022
Page 2

On March 23, 2022, the undersigned officer made contact with Mr. Angulo's sister, whom he was last known to reside with. Mr. Angulo's sister reported Mr. Angulo did not live with her anymore and that she was under the impression Mr. Angulo had reported this change to the undersigned officer.

On March 24, 2022, the undersigned officer made telephonic contact with Mr. Angulo and questioned him about his living arrangements. At first, Mr. Angulo became upset that his sister told this officer he was no longer living with her and was evasive in his answers to where he was living stating, "down the road from his sister's house." Mr. Angulo was directed to provide the address to where he was living and later admitted to the undersigned officer he was staying at his girlfriend's, Alysia Arsanto's, residence on an "on and off" basis at 802 N. Keller Street in Kennewick, Washington, as he was not allowed to stay there when Ms. Arsanto's minor children were home. Mr. Angulo later admitted he did not want to tell the undersigned officer about his current living arrangements because he knew this officer had previously denied his request to live with Ms. Arsanto.

2          **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by committing the offenses of assault-domestic violence, destruction/removal of property-domestic violence, and interfering with reporting of domestic violence, on or about March 29, 2022.

Per the offense summary: On March 29, 2022, a Kennewick police officer was dispatched to a domestic violence assault at 802 N. Keller Street in Kennewick, Washington. The initial call that came into dispatch sounded like the caller was being pushed and the line was disconnected before the caller could provide an address. Mr. Angulo had left the residence before police officers arrived.

Alysia Arsanto, Mr. Angulo's ex-girlfriend, reported Mr. Angulo had been at that location, caused a disturbance, and had entered previously through the garage door which had been damaged. The victim reported she had received some injuries from Mr. Angulo during a physical altercation. The victim had marks on her arm, her face near the jaw, chin and cheekbone. The victim reported Mr. Angulo had come and gone from her residence several times throughout the day, just to make the point to her that he could.

Ms. Arsanto stated the day before, Mr. Angulo showed up on his own, entered her residence from the front door disarming the security system that he had changed the passcode to without her knowledge, and immediately became verbal with her complaining that he wanted to stay at her residence. Mr. Angulo was verbal with her for about an hour and a half until she decided she did not want to argue any longer and allowed him to stay. The next morning, she told Mr. Angulo to leave the house because she had to go pick up her children that were sick, and she did not want him to be around her children. At this point, Mr. Angulo became verbal with her again and pulled her down on the bedroom floor by her arm. She began clawing and kicking at him, but he overpowered her. Mr. Angulo slapped her in the face with an open hand. Mr. Angulo then began to cry and she left to go pick up her children and again told him to leave. When she later returned to the house, she found Mr. Angulo was still

inside the residence. She told Mr. Angulo to leave and she left the residence one more time; however, when she later returned, Mr. Angulo was still inside the residence. She again told Mr. Angulo that he could not stay and that he needed to leave, but Mr. Angulo maintained that he could stay there and remained verbal with her.

Eventually, Mr. Angulo left the residence, but he returned a couple of hours later while Ms. Arsanto was in the backyard. This is when Mr. Angulo entered the house through the front door disarming the alarm system and her children ran to the backyard to tell her he was back inside the house. She went inside the house to tell Mr. Angulo to leave, but he was in the shower so she allowed him to finish the shower, and then he left. The victim reported Mr. Angulo later incessantly was calling and sending her text messages stating, "I am coming for you," which she believed to be a physical threat and became scared because Mr. Angulo is using methamphetamine.

Ms. Arsanto reported Mr. Angulo again later returned to the house and refused to leave. She then gathered her daughters and told Mr. Angulo they were going to walk down the street to some friends, but Mr. Angulo told her he was going to go with them and he followed them. At this point, Ms. Arsanto turned her back on Mr. Angulo and called the police. Mr. Angulo took the phone away from her and threw it down before he left. Mr. Angulo, however, again started texting and calling Ms. Arsanto. She left the house and when she later returned, it was obvious to her that Mr. Angulo had been inside the house. She noticed the door to the garage from inside the house was unlocked, which she was sure she had locked. This is when it was discovered the back door to the garage had been damaged. She then checked the rest of the house and saw Mr. Angulo climb through the window of one of the bedrooms. Mr. Angulo then cornered Ms. Arsanto in the hallway when she told him she had called 911, but Mr. Angulo took her phone away and hung up before she could provide the address to the dispatch. He left the residence after Ms. Arsanto pleaded for him to leave.

Ms. Arsanto later called dispatch again and requested officer contact as Mr. Angulo was threatening to go over to her brother's house as she was staying there. During this contact, the victim reported she has not actually seen Mr. Angulo with a firearm, but that she has seen photos of him on social media and heard him talking about it so she believes he has access to firearms.

A Kennewick police officer made contact with Mr. Angulo by telephone. Mr. Angulo told the officer it was none of his business and became verbal when questioned about what was going on with him and Ms. Arsanto. Mr. Angulo would talk over the officer when he tried to speak with him and asked what the officer wanted saying, "What fool?" The officer told Mr. Angulo that Ms. Arsanto does not want him to contact her, but Mr. Angulo responded by stating she had not told him that, and hung up the phone.

3          **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by failing to report for drug testing on April 6, 2022.

On October 22, 2020, Mr. Angulo was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing. Mr. Angulo was instructed to call the color line daily, Monday through Friday, and to report for drug testing when his assigned color, Gold, was called for the day.

On April 7, 2022, Merit reported Mr. Angulo failed to report for drug testing when his assigned color was called on April 6, 2022.

4    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by failing to report by telephone as instructed on or about April 8, 2022.

On April 8, 2022, Supervisory United States Probation Officer Janie Coronado, attempted to make telephonic contact with Mr. Angulo to discuss why he had missed a random drug test at Merit on April 6, 2022. Mr. Angulo did not answer and Officer Coronado left a voice message instructing Mr. Angulo to call her back on that same date. Mr. Angulo failed to report by telephone on April 8, 2022, as instructed.

5    **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by committing the offense of criminal trespass on or about April 9, 2022.

Mr. Angulo's ex-girlfriend, Alysia Arsanto, reported Mr. Angulo was inside her house located at 802 N. Keller Street in Kennewick, Washington, and that she was seeing him inside the house via cameras located inside her residence. Roofers were at the residence at that time working on the residence and reported seeing a male with a ponytail, wearing a black sweater, go to the front door and try to open it and this male told them this was his girlfriend's residence. Mr. Angulo then went to the backyard, but left the property shortly after. Ms. Arsanto provided the video footage to the Kennewick Police Department. This footage shows Mr. Angulo enter the residence and kick Ms. Arsanto's dog.

6    **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by failing to comply with substance abuse treatment as instructed on or

about April 11, 2022.

On April 11, 2022, First Step Community Counseling Services (First Step) reported Mr. Angulo is in non-compliance with his treatment plan as he has only attended two group sessions before discontinuing the sessions due to his inability to participate in group activities and his disruptive behavior while in group sessions. He also attended two individual sessions for the month of April in which Mr. Angulo admitted to continued drug use. At this time, Mr. Angulo is being recommended to enter into and complete inpatient substance abuse treatment. However, on April 12, 2022, First Step reported Mr. Angulo is being discharged as he is not amenable to services and he keeps calling the treatment counselor directly instead of the main office as he has been previously instructed by his treatment counselor and the undersigned officer.

7   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by using a controlled substance, methamphetamine, on or about March 24 and 28, 2022, and on April 10, 2022.

On March 24, 2022, Mr. Angulo reported to the probation office and completed a drug test. The drug test results were presumptive positive for methamphetamine. The drug test was sent to Abbott Laboratory for confirmation. The drug test report was later received on March 30, 2022, confirming the positive result for methamphetamine and amphetamine.

On March 28, 2022, Mr. Angulo reported to the probation office for drug testing. The drug test results were presumptive positive for methamphetamine and amphetamine. The drug test was sent to Abbott Laboratory for confirmation. The drug test report was later received on April 2, 2022, confirming the positive result for methamphetamine and amphetamine.

On April 11, 2022, Mr. Angulo reported to the probation office. During this office visit, Mr. Angulo admitted to using methamphetamine on or about April 10, 2022, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 13, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Angulo, Victor Manuel**
**April 13, 2022**
**Page 6**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

_____
Signature of Judicial Officer

April 13, 2022
_____
Date