PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 13, 2022**

SEAN F. MCAVOY, CLERK

U.S.A. vs.        Angulo, Victor Manuel        Docket No.        0980 4:14CR06014-EFS-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Elizabeth Lee, PRETRIAL SERVICES OFFICER,  presenting an official report upon the conduct of defendant Victor Manuel Angulo, who was placed under pretrial release supervision by the Honorable James A. Goeke, sitting in the court at Spokane, Washington,  on the 7th day of June  2022,  under the following conditions:

**Additional Special Condition # 6**: **Clean and Sober:** Defendant shall remain at the Oxford House and may not move without prior authorization from the Court, and that he remain in contact with his counsel.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Victor Manuel Angulo was released from custody to enter inpatient substance abuse treatment on May 13, 2022. On June 7, 2022, Mr. Angulo appeared out of custody for a status hearing and was allowed to remain in the community pending his revocation hearing of supervised release. The conditions of release were reviewed with Mr. Angulo in open Court, which he verbalized a full understanding. The conditions of release were again reviewed with Mr. Angulo on June 15 and 24, 2022.

**Violation #1:** Victor Manuel Angulo is considered to be in violation of release condition number 6, as noted above, by being terminated from the Oxford House on or before July 6, 2022.

On June 7, 2022, Mr. Angulo was allowed to remain out of custody to reside at the Oxford House at ███████████ ███ in Kennewick, Washington. On July 6, 2022, the undersigned officer made contact with the Oxford House president while trying to complete a home visit with Mr. Angulo. At this time, the Oxford House president reported Mr. Angulo failed to comply with the house rules and it was discovered, in efforts to pass drug tests, Mr. Angulo was using products designed to cheat drug tests that are sold in smoke shops. Consequently, Mr. Angulo was removed from the Oxford House about 2 weeks prior. Mr. Angulo did not report he had been removed from the Oxford House. On July 7, 2022, the undersigned officer made telephonic contact with Mr. Angulo and questioned him about his living arrangements, which Mr. Angulo reported he was still living at the Oxford House.

A violation report was submitted to the United States District Judge to address the violation behavior of failing to report a change in address and for  failing to be honest with the undersigned officer when questioned about his living arrangements.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:        July 11, 2022 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee
U.S. Pretrial Services Officer |

PS-8

**Re: Angulo,, Victor Manuel**
**July 11, 2022**
**Page 2**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X]  The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[ X]  Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

7/13/2022
_____
Date