Shea PROB 12C
(6/16)

Report Date: July 8, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 08, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Victor Manuel Angulo | Case Number: 0980 4:14CR06014-EFS-1 |
| Last Known Address of Offender: ▓▓▓▓▓▓▓▓▓▓ | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 7, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 92 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(December 14, 2021) | Prison - 1 day<br>TSR - 22 months | | |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: | December 14, 2021 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | October 13, 2023 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/13/2022.

On October 21, 2020, Mr. Angulo released from the Bureau of Prisons and commenced his term of supervised release. On October 22, 2020, per COVID-19 procedures, all the conditions of supervision were reviewed with Mr. Angulo, which he verbally acknowledged and understanding of his requirements. On October 28, 2020, Mr. Angulo reported to the probation office, signed a copy of his conditions of supervised release, and was provided a copy. On March 28, 2022, all the conditions of supervised release were again reviewed with Mr. Angulo, which he signed a copy acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by failing to report a change in address on or before July 6, 2022.

On May 10, 2022, Mr. Angulo appeared before a United States Magistrate Judge for the defendant's motion to reopen a detention hearing to allow Mr. Angulo to release to enter inpatient substance abuse treatment as he had been able to obtain a bed date for May 13, 2022. Mr. Angulo was granted the opportunity to release from custody on May 13, 2022, to enter directly to inpatient treatment at James Oldham Treatment Center (JOTC) and he would be transported directly to the facility by Three Rivers Therapy. A status hearing was set for June 7, 2022.

Mr. Angulo entered inpatient treatment at JOTC as scheduled on May 13, 2022, and completed the treatment program on June 5, 2022. Mr. Angulo appeared before a United States Magistrate Judge for a status hearing on June 7, 2022. At that time, Mr. Angulo was given the opportunity to remain out of custody as he completed inpatient treatment and secured Oxford Housing. Mr. Angulo was released under all the previously imposed conditions of supervised release with an additional condition requiring Mr. Angulo to reside at Oxford Housing and to not move without prior authorization from the Court pending the revocation hearing of supervised release.

On July 6, 2022, the undersigned officer made contact with the Oxford House president where Mr. Angulo was last known to reside, ███████████████ in Kennewick, Washington, while trying to complete a home visit with Mr. Angulo. The Oxford House president reported Mr. Angulo failed to comply with the house rules and it was discovered, in efforts to pass drug tests, Mr. Angulo was using products designed to cheat drug tests that are sold at smoke shops. Consequently, Mr. Angulo was removed from the Oxford House about 2 weeks prior. Mr. Angulo did not report to the undersigned officer that he had been removed from the Oxford House, and his current living arrangements are unknown.

9      **Standard Condition # 4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by not being truthful about his residence when questioned by the probation officer on July 7, 2022.

On July 7, 2022, the undersigned officer made telephonic contact with Mr. Angulo. During this contact, Mr. Angulo reported to the undersigned officer that he was still living at the Oxford House when questioned, and even reported things at the Oxford House were going okay. Mr. Angulo had been previously removed from the Oxford House about 2 weeks prior, as detailed above. Mr. Angulo failed to disclose this at the time when he was removed from the Oxford House and was dishonest to the undersigned officer when questioned. Currently, Mr. Angulo's living arrangements are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

Prob12C
**Re: Angulo, Victor Manuel**
**July 8, 2022**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

July 8, 2022

Date