PROB 12C
(6/16)

Report Date: September 30, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Victor Manuel Angulo | Case Number: 0980 4:14CR06014-EFS-1 |

Address of Offender: Benton County Jail, Kennewick, WA

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 7, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922 | | |
| Original Sentence: | Prison - 92 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (12/14/2021) | Prison -1 day TSR - 22 months | | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: December 14, 2021 | |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: October 13, 2023 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/13/2022 and 7/8/2022.

Mr. Angulo began his current term of supervised release on December 14, 2021. All the conditions of supervision were previously reviewed with Mr. Angulo on October 22 and 28, 2020, and again on March 28, 2022. Mr. Angulo signed a copy of his conditions of supervised release, acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by committing the offense of violation court order-domestic violence and theft, on or about July 29, 2022.<br><br>On July 29, 2022, a Kennewick Police Department officer was dispatched to a call for an order violation. Mr. Angulo had been in and out of the victim's residence and later returned once again to the residence. At some point, Mr. Angulo took the victim's cellular phone and vehicle keys. Mr. Angulo was identified by a Ring Door Bell video. Kennewick Police |

Prob12C
**Re: Angulo, Victor Manuel**
**September 30, 2022**
**Page 2**

    Department officers were not able to locate Mr. Angulo at that time.

    On September 28, 2022, Mr. Angulo was convicted of violation court order-domestic violence and theft, pled and proven in Benton County District Court, case number 2A0465702.

11      **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.

    **Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by committing the offense of violation court order-domestic violence on or about July 30, 2022.

    On July 30, 2022, a Kennewick Police Department officer was dispatched to an order violation in progress call. Mr. Angulo was inside the residence of the victim, whom has an active no contact order against Mr. Angulo. Mr. Angulo left the residence and later returned back to the residence. Kennewick Police Department officers surrounded the residence and made multiple announcements over the intercom for Mr. Angulo to exit the residence. Mr. Angulo opened the rear slider door of the residence and stepped out. However, Mr. Angulo ran back inside the residence when he was challenged by the police officers that were covering the back side of the residence. A police K9 was called to the scene due to the severity of the crimes. Police officers made additional announcements for Mr. Angulo to exit the residence. Eventually, police were able to open the front door, and announcements about the K9 were made to Mr. Angulo, who then started to yell back at the police officers. Mr. Angulo eventually surrendered and he was arrested.

    On September 28, 2022, Mr. Angulo was convicted of a violation court order-domestic violence, pled and proven in Benton County District Court, case number 2A0041453.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | September 30, 2022 |
|---|---|
| | s/Elizabeth Lee |
| | Elizabeth Lee<br>U.S. Probation Officer |

Prob12C
**Re: Angulo, Victor Manuel**
**September 30, 2022**
**Page 3**

THE COURT ORDERS

| | |
|---|---|
| [ ] | No Action |
| [ ] | The Issuance of a Warrant |
| [ ] | The Issuance of a Summons |
| [X] | The incorporation of the violation(s) contained in this petition with the other violations pending before the Court. |
| [ ] | Defendant to appear before the Judge assigned to the case. |
| [X] | Defendant to appear before the Magistrate Judge. |
| [ ] | Other |

_____
Signature of Judicial Officer

November 10, 2022
Date