PROB 12C
(6/16)

Report Date: February 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Victor Manuel Angulo | | Case Number: 0980 4:14CR06014-EFS-1 |
| Last Known Address of Offender: ▮▮▮▮▮▮▮ | | Pasco, Washington 99301 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 7, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/14/2021) | Prison -1 day<br>TSR - 22 months | |
| Revocation Sentence:<br>(11/10/2022) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: February 4, 2023 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: August 3, 2025 |

## PETITIONING THE COURT

To issue a **warrant**.

Mr. Angulo began his current term of supervised release on February 4, 2023. All the conditions of supervised release were reviewed with Mr. Angulo on February 7, 2023. Mr. Angulo signed a copy of his conditions of supervision and verbalized a full understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by using a controlled substance, methamphetamine, on or about February 5, 2023. |

Prob12C
**Re: Angulo, Victor Manuel**
**February 15, 2023**
**Page 2**

On February 6, 2023, Mr. Angulo with a treatment counselor from Somerset Counseling Services called the undersigned officer to report Mr. Angulo admitted to having used methamphetamine on or about February 5, 2023.

On February 7, 2023, Mr. Angulo reported to the probation office as required. During this office visit, Mr. Angulo admitted to having used methamphetamine on or about February 5, 2023. Mr. Angulo signed a drug use admission form.

2   **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by committing the offense of burglary in the first degree-domestic violence (DV), on or about February 13, 2023.

On February 13, 2023, West Richland Police Department (WRPD) officers were dispatched to a call for a violation order in progress. Mr. Angulo followed the victim, Alysia Arsanto, to her home; he snuck inside her home through the garage door as she opened the garage door to pull into her garage after she got home from a friend's house. Mr. Angulo was upset because he knew Ms. Arsanto had gone to see a friend. Mr. Angulo went inside the house and took a bottle of liquor and began drinking it. Mr. Angulo told Ms. Arsanto to take a shower. Ms. Arsanto feared Mr. Angulo so she took a shower and after she got out of the shower, Mr. Angulo went into her bedroom. Mr. Angulo punched a hole in her bedroom door and then began to assault her. Mr. Angulo punched Ms. Arsanto in her face and threw her off the bed. Mr. Angulo continued to assault Ms. Arsanto before leaving. Ms. Arsanto had a mark under her right eye appearing to be a bruise. Ms. Arsanto reported she received this bruise on her face when Mr. Angulo hit her.

3   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by committing the offense of cyberstalking -DV, on or before February 13, 2023.

According to WRPD case report number 23-001470 , Mr. Angulo had been monitoring Ms. Arsanto's phone to determine her location, and whom she was communicating with. Mr. Angulo did this without lawful authority or Ms. Arsanto's consent.

4   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by committing the offense of felony violation of a protection order-DV, on or about February 13, 2023.

According to WRPD case report number 23-001470, on February 13, 2023, Mr. Angulo violated an active no contact order-DV, which protects Ms. Arsanto. Mr. Angulo had been previously served with this no contact order.  Mr. Angulo knowingly entered and remained inside Ms. Arsanto's home and assaulted her, violating the no contact order.

Prob12C
Re: Angulo, Victor Manuel
February 15, 2023
Page 3

|   |   |
|---|---|
| 5 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by having consumed alcohol on or about February 13, 2023.

Per the West Richland Police Department case report, Mr. Angulo snuck inside Ms. Arsanto's house, grabbed a bottle of liquor and drank the bottle of liquor. WRPD officers observed an empty bottle of liquor on the ground inside the house and Ms. Arsanto confirmed this was the liquor bottle Mr. Angulo had been drinking.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 15, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer
February 15, 2023

Date