PROB 12C
(6/16)

Report Date: August 16, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Victor Manuel Angulo | Case Number: 0980 4:14CR06014-EFS-1 |
| Last Known Address of Offender: ▮▮▮▮▮ Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: July 7, 2015 | |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922 (g)(1) | |
| Original Sentence: Prison - 92 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/14/2021) | Prison-1 day<br>TSR-22 months |
| Revocation Sentence:<br>(11/10/2022) | Prison-6 months<br>TSR-30 months |
| Asst. U.S. Attorney: Laurel Holland | Date Supervision Commenced: February 4, 2023 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: August 3, 2025 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 2/15/2023.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Victor Angulo is considered to be in violation of his term of supervised release by committing the offense of count 1: residential burglary with notice of domestic violence (DV) allegation-intimate partner; and count 2: violation of court order (felony) with notice of DV allegation-intimate partner, on or about February 13, 2023.<br><br>According to the West Richland Police Department (WRPD) case report number 2023-00001470, on February 13, 2023, WRPD officers were dispatched to a call for a violation order in progress. Mr. Angulo followed the victim, Alysia Arsanto, to her home. Mr. Angulo snuck inside her home through the garage door as she opened it to pull her vehicle inside after returning from a friend's house. Mr. Angulo was upset because he knew Ms. Arsanto had gone to see a friend. Mr. Angulo went inside the house and took a bottle of liquor and began |

Prob12C
Re: Angulo, Victor Manuel
August 16, 2024
Page 2

drinking it. He told Ms. Arsanto to take a shower. Ms. Arsanto feared Mr. Angulo so she took a shower. After she got out of the shower, Mr. Angulo went into her bedroom. He punched a hole in her bedroom door and began to assault her and threw her on the bed. Mr. Angulo punched Ms. Arsanto in her face and threw her off the bed. Mr. Angulo continued to assault Ms. Arsanto before finally leaving the residence. Ms. Arsanto had a mark under her right eye, appearing to be a bruise. Ms. Arsanto reported she received this bruise on her face when Mr. Angulo hit her. Mr. Angulo was not located on scene.

On January 11, 2024, Mr. Angulo was convicted after he pled guilty to count 1, for the crime of residential burglary with notice of DV-intimate partner; and count 2, for the crime of violation of court order (felony) with notice of DV allegation-intimate partner, in Benton County Superior Court, case number 23-1-00195-03. The DV was pled and proven for both crimes charged in both counts. Mr. Angulo was sentenced to a prison-based Drug Offender Sentencing Alternative (DOSA). He was ordered to serve an imprisonment term of 36.75 months on count 1, and 30 months on count 2, with credit for time served. He was also ordered to serve a term of community custody with the Washington State Department of Corrections (DOC) of 36.75 months on count 1, and 30 months on count 2.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 16, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

8/20/2024
Date